UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| A.S. AND S.S., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF A.R.S., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>LAKE CENTRAL SCHOOL CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. 4:23-CV-079-PPS-AZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiffs A.S. and S.S., as Parents and Next Friends of A.R.S., a Minor, filed a Motion to Dismiss their action against Lake Central School Corporation under Federal Rule of Civil Procedure 41(a)(2). Alternatively, A.S. and S.S. requested that this Court dismiss A.S. and S.S. as A.R.S.' representatives, grant their counsel leave to withdraw her appearance, and appoint a guardian *ad litem* for A.R.S. under Federal Rule of Civil Procedure 17(c). Lake Central School Corporation requests dismissal of the case with prejudice and opposes the request to appoint a guardian *ad litem*.

Given the ongoing proceedings in the Juvenile Division of Lake County Superior Court, the Indiana Department of Child Services' wardship of A.R.S., and the apparent appointment on January 25, 2023, by the presiding Lake County Juvenile Judge of a guardian *ad litem* and CASA for A.R.S. in that proceeding, I decline to appoint a guardian *ad litem* for A.R.S. in this case. Doing so would likely unnecessarily complicate

1

matters given the simultaneous proceeding in state court and the unresolved adjudication of A.S.' and S.S.' parental rights.

In addition, pursuant to Rule 41(a)(2), I hereby GRANT the Motion to Dismiss [DE 51], but I do so without prejudice or costs to any party. I find that a dismissal without prejudice sufficiently protects the interests of A.R.S. in the event that her appointed guardian *ad litem* should later seek to reanimate her claims in this case. The Clerk is DIRECTED to close the case.

**SO ORDERED** on November 13, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT