# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

A.S.
*Individually and as Parents and next friend* of A.R.S., A Minor

S.S.
*Individually and as Parents and next friend* of A.R.S., A Minor

       Plaintiffs

   v.

Civil Action No.  4:23-cv-79

LAKE CENTRAL SCHOOL CORPORATION
*St. John, Indiana*

INDIANA DEPARTMENT OF EDUCATION
*Division of Special Education, Dr. Katie Jenner, Indiana Secretary of Education.*
*TERMINATED: 05/08/2024*

       Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P Simon.

DATE: 11/14/2024                                    CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*