# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

A.S.
*Individually and as Parents and next friend of A.R.S., A Minor*

S.S.
*Individually and as Parents and next friend of A.R.S., A Minor*

      Plaintiffs

  v.

Civil Action No.  4:23-cv-79

LAKE CENTRAL SCHOOL CORPORATION
*St. John, Indiana*

INDIANA DEPARTMENT OF EDUCATION
*Division of Special Education, Dr. Katie Jenner, Indiana Secretary of Education.*
*TERMINATED: 05/08/2024*

      Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P Simon on Motion to Dismiss.

DATE: 11/15/2024                              CHANDA J. BERTA, CLERK OF COURT

                                                            by   s/ A. Highlen
                                                            *Signature of Clerk or Deputy Clerk*